**FILED**

JAN 0 3 2020

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WANDA JOYCE MURRAY and RONALD E. MOON, Individually and as Trustee(s) of the Moon Family Trust,<br><br>Defendants. | CV 19–23–M–DLC<br><br>ORDER |
| WANDA JOYCE MURRAY,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Counter-defendant. | |

Defendant and Counterclaim Plaintiff Wanda Joyce Murray ("Murray") moves for leave to file an amicus brief. (Doc. 34.) However, her motion fails to indicate whether Murray has contacted the other parties and whether any party objects to the motion. D. Mont. L.R. 7.1(c)(1). While the Court is aware that "a document filed *pro se* is to be liberally construed[,]" *Erickson v. Pardus*, 551 U.S.

-1-

89, 94 (2007) (per curiam) (internal quotation marks and citation omitted), Murray nevertheless remains "bound by . . . all applicable local rules" pursuant to Local Rule 83.8(a).

Accordingly, IT IS ORDERED that Murray's motion for leave to file an amicus brief (Doc. 34) is DENIED WITHOUT PREJUDICE.

DATED this 3rd day of January, 2020.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court