UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WANDA JOYCE MURRAY and RONALD E. MOON, Individually and as Trustee(s) of the Moon Family Trust,<br><br>Defendants.<br><br>WANDA JOYCE MURRAY and RONALD E. MOON,<br><br>Counterclaim Plaintiffs,<br><br>vs,<br><br>UNITED STATES OF AMERICA,<br><br>Counterclaim Defendant. | Case No. CV-19-23 -M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 _X_ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and Counterclaim Defendant United States and against Defendants and Counterclaim Plaintiffs Moon and Murray, individually and as trustees of the Moon Family Trust.

Dated this 20th day of May, 2020.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk

